IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DYMERE SHAREEF WILLIAMS                :                    CIVIL ACTION
                                       :
             v.                        :
                                       :
MAYOR MICHAEL NUTTER                   :
LOUIS GIORLA                           :
M. FARRELL                             :                    NO. 16-0457

## ORDER

**AND NOW**, this 21st day of November, 2016, for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED**:

1. This action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).[1]

2. Williams may reopen this action **by or before December 25, 2016** by filing with the court a notice that he intends to proceed.

   The notice must clearly state:
   (i)   That Williams wishes Civil Action Number 16-0457 to be reopened; and

   (ii)  Williams must confirm whether he wishes to proceed *in forma pauperis* and obligate himself to pay the $350 filing fee in installments.

   If Williams does not wish to proceed *in forma pauperis*, he may still reopen the action by submitting $400 ($350 filing fee plus $50 administration fee) to the Clerk of Court along with his request to reopen the case.

3. The Clerk of Court shall mark this action **CLOSED**.

BY THE COURT:

**MITCHELL S. GOLDBERG**
**United States District Judge**

---

[1] The court has inherent power to dismiss an action *sua sponte* if a litigant fails to prosecute a case or to comply with a court order.